## Calumet Federal Savings and Loan Association of Chicago, Appellee, v. Alexander Naguszewski, Appellant.

Gen. No. 43,982.

opinion filed April 21, 1947; released for publication May 5, 1947. Thomas A. Green, for appellant; Herbert M. Wetzel, of counsel; Peden, Ryan & Andreas, for appellee; Gerald Ryan, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.